IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


JONATHAN WILLIAMS,

      Petitioner,

v.                                                      CASE NO. 1:08-cv-00176-MP-AK

WALTER MCNEIL,

      Respondent.

_____/

## <u>O R D E R</u>

    This matter is before the Court on Doc. 5, Report and Recommendation of the Magistrate

Judge, recommending that the habeas petition in this case be dismissed as untimely.  The

petitioner file objections, Doc. 6, in which he indicated that he had inadvertently put the wrong

year for the date of his state conviction.  Instead of his conviction being final in 2004, he alleges

that it was really final in 2005.  Pursuant to this information, this Report and Recommendation is

rejected and this matter remanded to the Magistrate Judge to determine if this new information

has any effect on the timeliness of the petition.


    **DONE AND ORDERED** this  *30th*  day of March, 2009


      *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge