IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JONATHAN WILLIAMS,

    Petitioner,

v.          CASE NO. 1:08-cv-00176-MP-GRJ

WALTER MCNEIL,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 50, Report and Recommendation of the Magistrate Judge, which recommends that this case be dismissed without prejudice for failure to follow the orders of the Court. The Magistrate Judge filed the Report on June 24, 2011. Plaintiff has filed no objection, and the time to do so has passed. Upon consideration, the Court agrees with the Magistrate Judge that the case should be dismissed. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Report and Recommendation of the Magistrate Judge (Doc. 50) is ACCEPTED and incorporated herein, and this case is DISMISSED without prejudice.

**DONE AND ORDERED** this *22nd* day of August, 2011

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge