# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

JONATHAN WILLIAMS,

    Petitioner,

v.                              CASE NO. 1:08-cv-00176-MP-GRJ

WALTER MCNEIL,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 68, Petitioner's Motion for Certificate of Appealability. The motion is denied for several reasons. First, the Notice of Appeal, filed on August 20, 2012, is untimely, as it involves an order dated August 22, 2011. Second, the Court finds that Petitioner fails to make a substantial showing of the denial of a constitutional right and the issues are not adequate enough to deserve encouragement to proceed further, in that he clearly failed to keep the Court apprised of his address and failed to comply with orders of the Court. Accordingly, no certificate of appealability is appropriate in this case.

**ORDERED AND ADJUDGED**:

1.    The Motion for Certificate of Appealability, Doc. 68, is DENIED.

2.    The Clerk is directed to send the Eleventh Circuit a copy of this order and a copy of the page of the docket sheet reflecting entry of this order.

**DONE AND ORDERED** this _25th_ day of September, 2012

                              *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge