IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JONATHAN WILLIAMS,

    Petitioner,

v.                                       CASE NO. 1:08-cv-00176-MP-GRJ

WALTER MCNEIL,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 71, petitioner's Motion for Certificate of Appealability regarding his appeal of the order at Doc. 72. For the reasons stated in Doc. 72, the motion is DENIED.

**DONE AND ORDERED** this *22nd* day of October, 2012

                                             *s/Maurice M. Paul*
                                       Maurice M. Paul, Senior District Judge